**LARKS PUBLISHING COMPANY, INC., et al., Appellants and Cross–Respondents,**

v.

**SOUTHWESTERN BELL CORPORATION, et al., Respondents and Cross–Appellants.**

**No. WD 43725.**

Missouri Court of Appeals, Western District.

Feb. 4, 1992.

Dennis J.C. Owens, Kansas City, for appellants and cross-respondents.

John C. Aisenbrey, Heather S. Woodson, Kansas City, for respondents and cross-appellants.

Before LOWENSTEIN, C.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM:

From a judgment on a jury verdict for the appellant, the appellant asks for plain error review of the trial court's decision to not allow it to argue a directed verdict on respondent's counterclaim.

Judgment affirmed. Rule 84.16(b).